UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VILLAIR FONVIL,

Plaintiff,

-against-

VILLAGE OF SPRING VALLEY et al,

Defendants.

No. 26-cv-04864 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of Plaintiff's Amended Complaint. (ECF No. 17.) In light of Plaintiff's Amended Complaint, Defendant's motion to dismiss is denied without prejudice. Defendant is instructed to answer or otherwise respond to the Amended Complaint by November 16, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14 and to mail a copy of this Order to Plaintiff at the address of record and show service on the docket.

Dated: October 14, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge